**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:14-CR-66-JTM-PRC |
| ) | |
| DAVID LEIPERT, ) | |
| Defendant. ) | |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT DAVID LEIPERT

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant David Leipert's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 30, 2016, with the consent of Defendant David Leipert, counsel for Defendant David Leipert, and counsel for the United States of America.

The hearing on Defendant David Leipert's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant David Leipert under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant David Leipert,

I FIND as follows:

(1) that Defendant David Leipert understands the nature of the charge against him to which the plea is offered;

(2) that Defendant David Leipert understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses,

and his right against compelled self-incrimination;

(3) that Defendant David Leipert understands what the maximum possible sentence is, including the effect of the supervised release terms, and Defendant David Leipert understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant David Leipert has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant David Leipert is competent to plead guilty;

(6) that Defendant David Leipert understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant David Leipert's plea; and further,

I RECOMMEND that the Court accept David Leipert's plea of guilty to the offense charged in Count One of the Indictment and that Defendant David Leipert be adjudged guilty of the offense charged in Count One of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and David Leipert be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 30th day of March, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: Honorable James T. Moody